Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

55 Brake LLC   v.   Volkswagen Group of America

No. 14-1554

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   55 Brake LLC
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew J.M. Prebeg |
| Law firm: | Prebeg, Faucett & Abbott PLLC |
| Address: | 8441 Gulf Freeway, Suite 307 |
| City, State and ZIP: | Houston, TX 77017 |
| Telephone: | (832) 742-9260 |
| Fax #: | (832) 742-9261 |
| E-mail address: | mprebeg@pfalawfirm.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 5, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

2014 July 2
Date                                    Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance is served by email via the Court's CM/ECF system to, and by depositing the same with the United States Postal Service, as first class mail, postage prepaid, in an envelope addressed to:

Michael J. Lennon
Mark A. Hannemann
Georg C. Reitboeck
David J. Kaplan

**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
Email: mlennon@kenyon.com
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

on this 2nd day of July, 2014.

Matthew J.M. Prebeg