NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE 55 BRAKE LLC**

2014-1554

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,449.

**ON MOTION**

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office submits a notice of intervention in this appeal. Volkswagen Group of America, Inc. informs the court that it will not be participating in this appeal. Additionally, 55 Brake moves for an extension of time to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The revised official caption is reflected above.

(2) The motion for an extension of time is granted. The appellant's opening brief is due no later than 30 days

from the date of this order. The intervenor should calculate her brief due date from the date of filing of the appellant's opening brief.

           FOR THE COURT

           /s/ Daniel E. O'Toole
           Daniel E. O'Toole
           Clerk of Court

s25